ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2010 AUG 17 PM 4: 18

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | No. 4:09-CR-115-A |
| | § | |
| HERBERT P. ANDERSON (08) | § | |

## UPDATED STATUS REPORT

The United States of America ("the Government") is filing an updated status report in order to make the Court aware of additional developments in this matter and as an effort to prevent unnecessary delays:

1. Pursuant to the Court's dated August 10, 2010, the undersigned representative for the United States met with Rick Disney, attorney for Time Corbett and Carrie Corbett as well as Elizabeth Anderson who appeared *pro se*. The purpose of the meeting was to comply with this Court's directive's regarding the Exhibit Lists for each party.

2. At this meeting, Mrs. Anderson told those present that she did not dispute Mr. Corbett's claim that the money for the bond in issue came from Mr. Corbett. She also told us that when Mr. Corbett gave her the check that was used to post the bond money, her main focus was on getting her husband out of jail and she did not discuss with Mr. Corbett whether he was giving her the check as a gift, or a loan,

or otherwise.

3.  After the meeting, I spoke to Mr. Disney and he informed me that his position is that Mrs. Anderson was merely transporting the check on behalf of the Corbett's and that the money was not given to Mrs. Anderson as either a loan or a gift. Therefore, the Government and Mr. Disney are of the opinion that a hearing will still be necessary as the legal consequences for Mrs. Anderson transporting the check on behalf of the Corbett's are different from the check being given to Mrs. Anderson as a loan or a gift.

4.  Also present at this meeting was Pete De Los Santos who is a Financial Analyst and a government contract worker through Contract Forfeiture Support Associates (FSA). Since Mrs. Anderson was unrepresented, she asked to bring a family member to the meeting and was accompanied by a man named Mack Torres.

5.  Pete De Los Santos is fluent in both English and Spanish and Mack Torres represented to those at the meeting that he was also fluent in both English and Spanish. The conversations at the majority of this meeting were in English, but Mrs. Anderson frequently requested that Mr. De Los Santos repeat explanations to her in Spanish and asked Mr. De Los Santos questions in Spanish. Occasionally, Mrs. Anderson would also talk to Mr. Torres in Spanish and ask him for explanations.

6. Before this meeting, all of my prior conversations with Mrs. Anderson have been over the telephone and in English. Mr. De Los Santos listened to all but one of these conversations and is one of the United States Attorney's Office employees referenced in footnote two of the prior Status Report. As stated in that report, Mr. De Los Santos is of the opinion that while Mrs. Anderson speaks English very well, it is possible that she might have trouble understanding complex English words. While I do not share that opinion, I have passed this information along to the Court as part of my duty of candor to the Court and in the interests of fairness and of full disclosure.

7. Given the opinion of Mr. De Los Santos, I asked Mrs. Anderson at the end of the meeting whether she would want to have a Spanish interpreter in court for the hearing this Thursday. She said she would. I reminded Mrs. Anderson that I did not represent her and that she would be responsible for making any motion to the Court requesting a Spanish interpreter. I told Mr. Disney and Mrs. Anderson that I would be filing this updated Status Report and would inform the Court of Mrs. Anderson's request for a Spanish interpreter. However, I emphasized to Mrs. Anderson that I did not represent her and that she would be responsible for seeking a Spanish interpreter.

8. Lastly, I should inform the Court that while Mrs. Anderson has continued to appear *pro se*, she has been attempting to hire an attorney to represent her in these

proceedings.

The information contained in this Updated Status Report is being provided in an effort to prevent unnecessary delays.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
WALT M. JUNKER
Assistant United States Attorney
Texas State Bar No. 24038115
Burnett Plaza, Suite 1700
801 Cherry Street - Unit #4
Fort Worth, Texas 76102-6882
Fort Worth Telephone: (817) 252-5251
Dallas Telephone: (214) 659-8682
Facsimile: (817) 978-3094
Walt.Junker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2010, I sent a copy of the foregoing document to Elizabeth Anderson (a.k.a. Elizabeth Leticia Marmolejo Garcia Anderson) by first class mail, postage prepaid to 849 Oak Crest Drive, Fort Worth, Texas 76120 and I sent a copy via electronic mail to Rick Disney at RDisney@Prodigy.net.

_____
WALT M. JUNKER
Assistant United States Attorney